**Jose Refugio Andrade OCHOA, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 04–70961.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 2, 2009.

Jose Refugio Andrade Ochoa, Oakland, CA, pro se.

Maria Andrade, Oakland, CA, pro se.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Margaret Perry, Esq., Jennifer Lightbody, DOJ–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Jose Refugio Andrade Ochoa, a native and citizen of Mexico, petitions pro se for

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

review of the Board of Immigration Appeals' order dismissing his appeal from an immigration judge's decision denying his application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review factual determinations for substantial evidence, *Moran v. Ashcroft*, 395 F.3d 1089, 1091 (9th Cir.2005), and we deny the petition for review.

Substantial evidence supports the agency's determination that Andrade Ochoa lacks good moral character under 8 U.S.C. § 1101(f)(6) because he denied that he had more than one conviction before an asylum officer. *See Ramos v. INS*, 246 F.3d 1264, 1266 (9th Cir.2001).

**PETITION FOR REVIEW DENIED.**

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.